IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUDREY ELKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:10-cv-0001417-JAR |
| v. | ) |
| | ) |
| DET. NATHAN HALL, et al., | ) |
| | ) |
| Defendants. | ) |

JOINT MOTION FOR CONTINUANCE

COME NOW Defendants, and Plaintiff, and move the Court for a continuance of the trial currently scheduled for May 29, 2012.

As grounds therefor, the undersigned counsel for Defendants advises the Court that he is experiencing personal medical issues that are in need of medical attention requiring an unknown number of days out of the office.

Plaintiff advises the Court that that Plaintiff is experiencing personal medical issues that will make it difficult for her to sit through trial.

Parenthetical to this motion, counsel for Plaintiff asks that if this continuance be granted, that trial not be set June 19, 2012.  Counsel for Plaintiff is scheduled for a trial in the federal court in Cape Girardeau on that date.

Respectfully submitted,

PATRICIA REDINGTON
COUNTY COUNSELOR

_____/s/_____

1

          Michael A. Shuman #4361
          Associate County Counselor
          Lawrence K. Roos Bldg.
          41 So. Central Avenue
          Clayton, MO. 63105
          314-615-7042; Fax 314-615-3732
          mshuman@stlouisco.com
          Attorneys for Defendants


          ROSENBLUM, SCHWARTZ,
          ROGERS & GLASS, P.C.


          */s/ Gilbert C. Sison*
          By: Gilbert C. Sison #52346MO
          120 S. Central Ave,; Ste. 130
          314.862.4332
          Fax 314.862.8050
          gsison@rsrglaw.com